### 11032.　MOTES *v.* PHILLIPS *et al.*

SMITH, J. There being evidence to authorize the verdict returned, which has the approval of the trial judge, his judgment overruling the motion for a new trial based solely on the ground that the verdict is without evidence to sustain it cannot be interfered with.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED FEBRUARY 10, 1920.

Action for deceit; from Bartow superior court—Judge Tarver. September 27, 1919.

*M. B. Eubanks,* for plaintiff.

*Neel, Finley & Neel,* for defendants.